**FILED**

Dec 23 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___s/ theaf___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '14 CR3668 JLS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 – Importation of Heroin and Methamphetamine (Felony) |
| DANIELLE TRINITTI KOWNACKI, | |
| Defendant. | |

The United States Attorney charges:

On or about November 19, 2014, within the Southern District of California, defendant DANIELLE TRINITTI KOWNACKI, did knowingly and intentionally import a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 12/23/14 .

LAURA E. DUFFY
United States Attorney

*[signature]*

STEVEN LEE
Special Assistant U.S. Attorney

SLE:pcf:12/5/2014