AO 442

NOT FOR PUBLIC VIEW

FID: 9681H60

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

JUL 2 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Danielle Trinitti Kownacki (1)

**WARRANT FOR ARREST**

**Case Number:** 14cr3668-JLS

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          Danielle Trinitti Kownacki (1)

                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

☒ Pretrial Violation

charging him or her with  (brief description of offense):

DATE: 6/30/2015
ARRESTED BY: DUSM
Jeremy Contreh
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

In violation of Title _____ See Above _____ United States Code, Section(s) _____

John Morrill

Name of Issuing Officer

s/ T. Hernandez

Signature of Deputy

Clerk of the Court

Title of Issuing Officer

6/19/2015 at San Diego, CA

Date and Location

Bail fixed at $          No Bail          by          The Honorable Janis L. Sammartino

                                                        Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

Class 1  "B"