# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Danielle Trinitti Kownacki (English)  **Dkt No.:** 14CR03668-001-JLS

**Name of Sentencing Judicial Officer:** The Honorable Janis L. Sammartino, U.S. District Judge

**Sentence:** 63 months' custody followed by 3 years' supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** November 10, 2015

**Date Supervised Release Will Commence:** January 12, 2019

**Prior Violation History:** None.

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:
The defendant shall reside at the Residential Re-Entry Center (RRC) for a period not to exceed ninety (90) days or until discharged by the Probation Office and the RRC Director.
The defendant shall observe the rules and regulations of the facility.

### CAUSE
Ms. Kownacki is scheduled to be released from the Bureau of Prisons on January 12, 2019. The Bureau of Prisons has contacted the Probation Office and reports that Ms. Kownacki will be homeless upon her release from custody. Therefore, it is being requested that a Residential Reentry Center (RRC) placement to give her a stable residence upon her commencement of supervised release.

The offender is amenable to the above modification, as evidenced by her signature on the attached Probation Form 49, Waiver of Hearing.

Respectfully submitted:

by _____
Steve O. Smith
U.S. Probation Officer
(619) 409-5140

Reviewed and approved:

_____
Julia Jauregui
Supervising U.S. Probation Officer

Attachments:

## THE COURT ORDERS:

✓ The Modification of Conditions as Noted Above

___ Other _____

_____  1/14/19
The Honorable Janis L. Sammartino  Date
U.S. District Judge